UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOHN DOE,                                          :
                          Plaintiff,               :
                                                   :
v.                                                 :          **ORDER**
                                                   :
BOY SCOUTS OF AMERICA and                          :          20 CV 1978 (VB)
WESTCHESTER-PUTNAM COUNCIL, INC.,                  :
BOY SCOUTS OF AMERICA,                             :
                          Defendants.              :
------------------------------------------------------------x

On June 15, 2026, defense counsel filed a status update informing the Court that all pending claims must be dismissed pursuant to defendants' confirmed bankruptcy plan. (Doc. #42).

Defense counsel also informed the Court that the attorneys who represented plaintiff in state court at the time this case was removed to this Court are no longer representing plaintiff. Plaintiff's counsel did not submit a request to be relieved following the removal of this case from state court. No notice of appearance has been entered on plaintiff's behalf in this case.

Accordingly, it is HEREBY ORDERED:

By June 30, 2026, counsel for defendants is directed to submit a letter explaining how this case should proceed; i.e., whether defendants are requesting that the case be dismissed and the basis for that request (such as, for example, a reference to the terms of the "BSA Plan"), or whether it should be resolved in some other fashion. If defendants are requesting that the case be dismissed, counsel shall inform the Court whether they have notified plaintiff directly of the status of this case and what is necessary in order for plaintiff to submit a claim with the bankruptcy court trustee.

Dated:  June 16, 2026
        White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge