UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JOHN DOE,
Plaintiff,

v.

BOY SCOUTS OF AMERICA and
WESTCHESTER-PUTNAM COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
Defendants.

-----------------------------------------------------------x

**ORDER**

20 CV 1978 (VB)

On June 15, 2026, defense counsel filed a status update informing the Court that all pending claims must be dismissed pursuant to defendants' confirmed bankruptcy plan. (Doc. #42). Defense counsel also informed the Court that the attorneys who represented plaintiff in state court at the time this case was removed to this Court are no longer representing plaintiff.

On June 16, 2026, the Court directed counsel for defendants to submit a letter explaining how this case should proceed and whether plaintiff was apprised of the developments in the case. (Doc. #43). Pursuant to the Court's order, on July 22, 2026, counsel for defendants provided an update stating: (i) plaintiff is aware that he is no longer represented by his former counsel in this matter; and (ii) plaintiff knows about the confirmation of the BSA bankruptcy plan, and that as a result he needs to pursue his claim with the BSA bankruptcy trustee in the Scouting Settlement Trust. (Doc. #47).

For the foregoing reasons, this case is DISMISSED WITH PREJUDICE.

The Clerk is instructed to close this case.

Dated: July 22, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge